FILED
2005 Oct-25 AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| TRACY G. ALLEN, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No.  3:05-cv-02067-JFG-HGD |
| GRANT CULLIVER, WARDEN, ) | |
| and THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## **DISMISSAL ORDER**

On October 7, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge.  On October 14, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED pursuant to 28 U.S.C. § 2244(b)(1) and (b)(2) and for failure to comply with 28 U.S.C. § 2244(b)(3)(A).

DONE and ORDERED 24 October 2005.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.